### Commonwealth ex rel. McCoy, Appellant, *v.* Myers.

Submitted September 14, 1964. *Edward McCoy,* appellant, in propria persona; *Abner H. Silver,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Monaghan, Appellant, *v.* Rundle.

Submitted September 14, 1964. *Francis Monaghan,* appellant, in propria persona; *David L. Creskoff,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.